McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEBASTIAN LOZANO-MENDOZA,<br><br>Defendant. | CASE NO. 1:18-CR-00250-LJO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea and sentencing on June 10, 2019.

2. By this stipulation, defendant now moves to continue the change of plea and sentencing until June 17, 2019, and to exclude time between June 10, 2019, and June 17, 2019, under Local Codes 7 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to prepare to sentencing in light of the parties' agreement to combine change of plea and sentencing.

   b) The parties' signed plea agreement is with the Court for its consideration.

   c) Counsel for defendant believes that failure to grant the above-requested

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 10, 2019 to June 17, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(G) and (7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and the defendant's need to prepare for sentencing.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 6, 2019                              McGREGOR W. SCOTT
                                                      United States Attorney

                                                      /s/ LAURA D. WITHERS
                                                      LAURA D. WITHERS
                                                      Assistant United States Attorney

Dated: June 6, 2019                              /s/ REED B. GRANTHAM
                                                      REED B. GRANTHAM
                                                      Counsel for Defendant
                                                      SEBASTIAN LOZANO-
                                                      MENDOZA

**FINDINGS AND ORDER**

IT IS SO FOUND

IT IS SO ORDERED.

Dated: __**June 7, 2019**__          _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE